UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 26-2139

Carrillo et al. v. Samuels et al.
Caption [use short title]

Motion for: Extension of Time to Pay Notice of Appeal Fee

See Addendum for all Captions and Docket Numbers

Set forth below precise, complete statement of relief sought:
Plaintiff-Appellants seek extension of time to Pay Fees for Filing Notice of Appeal in Kabba et al. v. Samuels et al. and 52 other appeals originating from the Hon. Jesse M. Furman entered on July 30, 2025 (see addendum attached)

MOVING PARTY: Carrillo et al. (see attached addendum)

OPPOSING PARTY: Samuels, NYC Dept. of Educ.

☒ Plaintiff ☐ Defendant

☒ Appellant/Petitioner ☐ Appellee/Respondent

MOVING ATTORNEY: Jeffrey Arlen Spinner

OPPOSING ATTORNEY: Shane Magnetti

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
|---|---|
| Liberty & Freedom Legal Group | New York City Law Department |
| 105 E 34th St, Suite 190, New York, NY 10016 | 100 Church St, New York, NY |
| jeff@pabilaw.org; 646-850-5035 | smagnett@law.nyc.gov; 212-356-0823 |

Court- Judge/ Agency appealed from: S.D.N.Y. / Jesse M. Furman

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain): ____________________

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency: ____________________

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has ☐ Yes ☒ No If yes, enter date: ____________________

Sig

Date: 8/19/2026

Service : ☒ Electronic ☐ Other [Attach proof of service]

For

T-1080 ADDENDUM

RELATED DISTRICT-COURT AND SECOND CIRCUIT APPEALS

| No. | District-court action | Second Circuit appeal |
|---|---|---|
| 1 | *Carrillo et al. v. Samuels et al.*, No. 1:26-cv-05330-JMF | 26-2139 |
| 2 | *Kabba v. Samuels et al.*, No. 1:26-cv-05342-JMF | 26-2151 |
| 3 | *Mondano et al. v. Samuels et al.*, No. 1:26-cv-05332-JMF | 26-2146 |
| 4 | *Moonsammy et al. v. Samuels et al.*, No. 1:26-cv-05333-JMF | 26-2143 |
| 5 | *Juca v. Samuels et al.*, No. 1:26-cv-05336-JMF | 26-2142 |
| 6 | *Juca v. Samuels et al.*, No. 1:26-cv-05337-JMF | 26-2149 |
| 7 | *Davis v. Samuels et al.*, No. 1:26-cv-05338-JMF | 26-2183 |
| 8 | *Larach Cohen v. Samuels et al.*, No. 1:26-cv-05339-JMF | 26-2144 |
| 9 | *Ogunleye v. Samuels et al.*, No. 1:26-cv-05340-JMF | 26-2148 |
| 10 | *Abreu v. Samuels et al.*, No. 1:26-cv-05341-JMF | 26-2147 |
| 11 | *Hidalgo et al. v. Samuels et al.*, No. 1:26-cv-05345-JMF | 26-2154 |
| 12 | *Fiallos v. Samuels et al.*, No. 1:26-cv-05346-JMF | 26-2152 |
| 13 | *De Paulino et al. v. Samuels et al.*, No. 1:26-cv-05372-JMF | 26-2162 |
| 14 | *Crespo et al. v. Samuels*, No. 1:26-cv-05373-JMF | 26-2167 |
| 15 | *Grullon et al. v. Samuels et al.*, No. 1:26-cv-05376-JMF | 26-2160 |
| 16 | *Crosley et al. v. Samuels et al.*, No. 1:26-cv-05378-JMF | 26-2156 |
| 17 | *Lummayos et al. v. Samuels et al.*, No. 1:26-cv-05400-JMF | 26-2157 |
| 18 | *Frias v. Samuels et al.*, No. 1:26-cv-05403-JMF | 26-2158 |
| 19 | *Mejia v. Samuels et al.*, No. 1:26-cv-05404-JMF | 26-2171 |
| 20 | *Peralta et al. v. Samuels et al.*, No. 1:26-cv-05405-JMF | 26-2163 |
| 21 | *Otero v. Samuels et al.*, No. 1:26-cv-05409-JMF | 26-2170 |
| 22 | *Archibald v. Samuels et al.*, No. 1:26-cv-05410-JMF | 26-2165 |
| 23 | *Mendez et al. v. Samuels*, No. 1:26-cv-05430-JMF | 26-2169 |
| 24 | *Lee et al. v. Samuels et al.*, No. 1:26-cv-05431-JMF | 26-2173 |
| 25 | *Bird et al. v. Samuels et al.*, No. 1:26-cv-05465-JMF | 26-2172 |
| 26 | *Popovychenko et al. v. Samuels et al.*, No. 1:26-cv-05602-JMF | 26-2177 |
| 27 | *Beckford et al. v. Samuels et al.*, No. 1:26-cv-05603-JMF | 26-2179 |
| 28 | *Desir et al. v. Samuels et al.*, No. 1:26-cv-05610-JMF | 26-2180 |

| | | |
|---|---|---|
| 29 | *Davis et al. v. Samuels et al.*, No. 1:26-cv-05611-JMF | 26-2196 |
| 30 | *Rivas et al. v. Samuels et al.*, No. 1:26-cv-05612-JMF | 26-2182 |
| 31 | *Vasquez et al. v. Samuels et al.*, No. 1:26-cv-05637-JMF | 26-2187 |
| 32 | *Nicholls et al. v. Samuels et al.*, No. 1:26-cv-05638-JMF | 26-2188 |
| 33 | *Bautista et al. v. Samuels et al.*, No. 1:26-cv-05639-JMF | 26-2191 |
| 34 | *Moreta et al. v. Samuels et al.*, No. 1:26-cv-05665-JMF | 26-2199 |
| 35 | *Zafrani et al. v. Samuels et al.*, No. 1:26-cv-05761-JMF | 26-2194 |
| 36 | *Ramos et al. v. Samuels et al.*, No. 1:26-cv-05762-JMF | 26-2195 |
| 37 | *Mason et al. v. Samuels et al.*, No. 1:26-cv-05871-JMF | 26-2197 |
| 38 | *Talley et al. v. Samuels et al.*, No. 1:26-cv-05334-JMF | 26-2193 |
| 39 | *Cornett et al. v. Samuels et al.*, No. 1:26-cv-05609-JMF | 26-2181 |
| 40 | *Neilson et al. v. Samuels et al.*, No. 1:26-cv-05331-JMF | 26-2145 |
| 41 | *Leger v. Samuels et al.*, No. 1:26-cv-05343-JMF | 26-2164 |
| 42 | *Paul v. Samuels et al.*, No. 1:26-cv-05344-JMF | 26-2150 |
| 43 | *Blyumin et al. v. Samuels et al.*, No. 1:26-cv-05371-JMF | 26-2153 |
| 44 | *Gordon et al. v. Samuels et al.*, No. 1:26-cv-05401-JMF | 26-2155 |
| 45 | *De Los Santos et al. v. Samuels et al.*, No. 1:26-cv-05406-JMF | 26-2166 |
| 46 | *Varela et al. v. Samuels et al.*, No. 1:26-cv-05484-JMF | 26-2175 |
| 47 | *Diaz et al. v. Samuels et al.*, No. 1:26-cv-05500-JMF | 26-2174 |
| 48 | *King et al. v. Samuels et al.*, No. 1:26-cv-05501-JMF | 26-2178 |
| 49 | *Joseph et al. v. Samuels et al.*, No. 1:26-cv-05503-JMF | 26-2176 |
| 50 | *Devore et al. v. Samuels et al.*, No. 1:26-cv-05631-JMF | 26-2184 |
| 51 | *De La Cruz et al. v. Samuels et al.*, No. 1:26-cv-05636-JMF | 26-2186 |
| 52 | *Vidal v. Samuels et al.*, No. 1:26-cv-05640-JMF | 26-2189 |
| 53 | *Ramirez v. Samuels et al.*, No. 1:26-cv-05641-JMF | 26-2192 |
| | | |

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

---------------------------------------------------------------------X

**MARIA NAVARRO CARRILLO** , et al.,

Plaintiffs,

-against-

**KAMAR H. SAMUELS**, et al.,

Defendants.

---------------------------------------------------------------------X

Case No. 26-2139

Complete list of Index Numbers is Annexed Hereto

**PLAINTIFF-APPELLANT'S MOTION FOR EXTENSION OF TIME**
**<u>TO PAY APPELLATE FILING FEE</u>**

Plaintiff-Appellant[1] by counsel, respectfully moves pursuant to Federal Rules of Appellate Procedure 26(b) and 27 for an extension of the deadline to pay the appellate filing fee in this matter.

Plaintiff-Appellant filed a Notice of Appeal from the July 31, 2026 Order entered by the United States District Court for the Southern District of New York. This appeal is one of the related appeals that this Court ordered on August 14, 2026 to "proceed in tandem." See *Donohue v. Samuels*, No. 26-2122, Dkt. 37.1 (2d Cir. Aug. 14, 2026).

Plaintiff-Appellant intends promptly to file in the District Court an application to proceed on appeal in forma pauperis pursuant to Federal Rule of Appellate Procedure 24. Additional time is therefore requested to permit Plaintiff-Appellant to submit that application and to permit the District Court to consider it before Plaintiff-Appellant is required to pay the appellate filing fee.

Plaintiff-Appellant does not presently seek a waiver of the appellate filing fee from this Court and does not ask this Court to determine the merits of the anticipated application for in forma pauperis status. This motion seeks only a temporary extension of the deadline to pay the a while

---

[1] See attached Cover Page listing each Case in which this motion is being filed

Plaintiff-Appellant pursues the procedure prescribed by Federal Rule of Appellate Procedure 24 in the District Court.

Plaintiff-Appellant further respectfully requests that this limited extension of the fee-payment deadline have no effect on the Court's consideration or disposition of this appeal or any motion presently pending before the Court. Plaintiff-Appellant specifically requests that the appeal and any pending motion for emergency or injunctive relief continue to proceed without interruption while the Rule 24 application is considered by the District Court.

Accordingly, Plaintiff-Appellant respectfully requests that the Court:

1. extend the deadline to pay the appellate filing fee for thirty (30) days from the date of the Court's Order on this motion, or until the District Court resolves Plaintiff-Appellant's application to proceed in forma pauperis, whichever occurs later;
2. direct that no dismissal or other adverse action be taken based solely upon nonpayment of the appellate filing fee during that extension period; and
3. permit this appeal, including any pending motion for emergency or injunctive relief, to continue to proceed without interruption during the extension period and while the Rule 24 application is considered by the District Court.

Pursuant to Second Circuit Local Rule 27.1(b), counsel has notified counsel for Defendants-Appellees of the relief requested herein. Defendants-Appellees oppose the requested extension and have not indicated whether they intend to file a response.

Dated: August 19, 2026
New York, New York

By: /s/ Jeffrey Arlen Spinner

Jeffrey Arlen Spinner, Esq.
Liberty & Freedom Legal Group, Ltd.
105 East 34th Street, Suite 190
New York, New York 10016
Telephone: (646) 850-5035
Email: jeff@pabilaw.org

Attorneys for Plaintiff